Minute Order Form (06/59)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4151 | **DATE** | 2/9/2001 |
| **CASE TITLE** | Administrative Committee, etc. vs. Jeanie Jay | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Both sides' counsel should come prepared to discuss the posture of this action at the next status hearing on February 20, 2001.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | FEB 09 2001 | |
| | Docketing to mail notices. | | date docketed | 18 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 2/9/2001 | |
| | | | date mailed notice | |
| SN | courtroom deputy's initials | 01 FEB -9 PM 4: 16 | SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADMINISTRATIVE COMMITTEE, etc., )
)
        Plaintiff, )
)
v. ) No. 00 C 4151
)
JEANIE JAY, etc., et al., )
)
        Defendants. )

DOCKETED FEB 0 9 2001

MEMORANDUM ORDER

At this Court's request made at the time of the most recent status hearing in this action, counsel for First Amended Complaint ("FAC") defendant Jeanie Jay in her three capacities--as personal representative of her minor son Andrew Jay, as administrator of Andrew's minor's estate and as an individual--has faxed to this Court a copy of the January 3, 2001 order entered by Judge William Penn in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois (see photocopy attached). This memorandum order is issued in light of the impact that Judge Penn's order has on the claims advanced in the FAC.

As Judge Penn's order reflects, he decided not only (1) that no liens may attach to Andrew's compensation from his dog bite injury claim but also (2) that the inability on the part of the plaintiff in this action to assert any such lien stems from the operation of the Illinois anti-subrogation law applicable to minors. That second facet of Judge Penn's ruling decision has issue-preclusive effects in this action as a matter of defensive



issue preclusion, so that Andrew's mother Jeanie Jay must be and is dismissed from the FAC in two of the three capacities in which she has been sued (both as Andrew's personal representative and as administrator of his minor's estate).

What appears to remain potentially viable, however, is the claim asserted here against Jeanie Jay in her individual capacity under a breach of contract approach (in that respect see one of the cases cited by Judge Penn in support of his decision, <u>Klem v. Mann</u>, 279 Ill.App.3d 735, 740-41, 665 N.E.2d 514, 518-19 (1st Dist. 1996)). Both sides' counsel should come prepared to discuss the posture of this action in those terms at the next status hearing on February 20, 2001.

                                      */s/ Milton I. Shadur*
                                      Milton I. Shadur
                                      Senior United States District Judge

Date: February 9, 2001

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, STATE OF ILLINOIS

Estate of ANDREW N. JAY, )
a Minor. )
) Case No. 00 P 121

**RECEIVED** DATE 1/16/01

## ORDER

NOW COMES ON FOR HEARING the Petitioner, ANDREW N. JAY's Motion to Reconsider, due notice being given, the court having heard arguments of counsel, and being fully advised in the premises;

IT IS THEREFORE ORDERED:

The court has reconsidered its prior ruling in this matter and finds that since ANDREW N. JAY is a minor, no liens may attach to his compensation from his dog bite injury claim as the anti-subrogation law of Illinois applies and therefore there is no right to a lien on the minor's injury claim proceeds by his mother's Health Insurance plan, the Administrative Committee, as Administrator of Wal-Mart Store, Inc.'s Associates Health and Welfare Plan. Estate of Aimone vs. State of Illinois Health Benefit Plan, 248 Ill App 3d 882(3rd Dist, 1993) and Klem vs. Mann, 279 Ill App 3d 735(1st Dist. 1996).

Judge William Penn

CIRCUIT CLERK
WILL COUNTY, ILLINOIS
01 JAN -3 PM 2:05